IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02307-BNB

MICHAEL PERRY,

    Applicant,

v.

R. WILEY, Warden, F.P.C., Florence, Colorado,

    Respondent.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 2 5 2008

GREGORY C. LANGHAM
CLERK

---

## ORDER DISMISSING CASE

---

    Applicant Michael Perry, a federal prisoner housed in the State of Colorado,
initiated this action on October 15, 2008, by submitting to the Court an Application for a
Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. On November 19, 2008, Mr.
Perry filed a pleading titled, "Michael Perry's Pro Se Motion for Non-Suit." In the
Motion, Applicant states that Respondent has complied with the relief he has requested
in the instant action, and he seeks to enter a "non-suit" in this case. The Court must
construe the Motion liberally because Applicant is a *pro se* litigant. *See Haines v.
Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir.
1991).

    Fed. R. Civ. P. 41(a)(1)(A) provides that "the [applicant] may dismiss an action
without a court order by filing: (i) a notice of dismissal before the opposing party serves
either an answer or of a motion for summary judgment . . . ." No answer has been filed
by Respondent in this action. Further, a voluntary dismissal under Rule 41(a)(1) is

effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2$^d$ ed. 1995); *Hyde Constr. Co. v. Koehring Co.*, 388 F.2d 501, 507 (10th Cir. 1968).

Therefore, the Court will construe the Motion as a Notice of Dismissal filed pursuant to Rule 41(a)(1) and close the file as of November 19, 2008. *See Hyde Constr. Co.*, 388 F.2d at 507. Accordingly, it is

ORDERED that the Motion for Non-Suit, (Doc. No. 4), filed on November 19, 2008, is construed as a Notice of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1) and is effective as of November 19, 2008, the date Applicant filed the Notice in the action. It is

FURTHER ORDERED that the voluntary dismissal is without prejudice.

DATED at Denver, Colorado, this 25 day of _____ Nov. _____, 2008.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02307-BNB

Michael Perry
Reg No. 05495-025
Federal Prison Camp
P.O. Box 5000
Florence, CO 81226-5000

     I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on _11/25/08_

GREGORY C. LANGHAM, CLERK

By: _____
            Deputy Clerk